**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **TNBI Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  The Laundry Boss** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-5359791** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **2550 Eisenhower Ave** <br> **Suite C-209** <br> **Trooper, PA 19403** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Montgomery** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://bccpayments.com/laundryboss/** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **TNBI Inc.**                                                 Case number (*if known*) _____
_____
Name

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor    **TNBI Inc.**                                          Case number (*if known*) _____
_____
Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

**11.  Why is the case filed in *this district*?**    Check all that apply:

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■  **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

■    Funds will be available for distribution to unsecured creditors.

☐    After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **TNBI Inc.**
_____    Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **TNBI Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/14/2022
               MM / DD / YYYY

X _____          **James Garrity**
Signature of authorized representative of debtor      Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X    *Ronald S. Gellert*                    Date    04/14/2022
Signature of attorney for debtor                     MM / DD / YYYY

**Ronald S. Gellert**
Printed name

**Gellert Scali Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 425-5806**         Email address    **rgellert@gsbblaw.com**

**4259 DE**
Bar number and State

### CERTIFICATE OF RESOLUTION
### AUTHORIZING PREPARATION FOR FILING OF
### VOLUNTARY PETITION FOR REORGANIZATION
### UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

At a special meeting of the Board of Directors (the "Board of Directors") of TNBI, Inc., a Delaware corporation (the "Corporation"), duly constituted and held on March 18, 2022, the following resolutions were discussed and thereafter adopted by unanimous consent:

WHEREAS, the Board of Directors of the Corporation has evaluated and considered the financial condition, results of operations and projected cashflows of the Corporation, the Corporation's efforts to secure additional debt or equity financing, the results of those efforts, the offer received by the Corporation to acquire the Corporation and its software business through a reorganization of the Corporation, options available to the Corporation and prospects for maximizing the value of the Corporation and returns to the stakeholders of the Corporation and information and recommendations of its executive officers of, and counsel to, the Corporation concerning the financial condition of the Corporation; and

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Board of Directors, it is in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition for reorganization of the Corporation be filed under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the terms of the proposed debtor in possession financing facility on an unsecured basis (the "DIP Facility") are hereby approved and the Authorized Officer (as defined below) is hereby authorized and directed to execute and deliver to the appropriate parties, in the name and on behalf of the Corporation, the DIP Facility documents, together with all schedules and exhibits thereto, and such other agreements, instruments and documents as may be necessary or appropriate to consummate the transactions contemplated thereby, together with such changes and modifications as such Authorized Officers may deem necessary or appropriate, such Authorized Officer's approval to be conclusively evidenced by the execution and delivery of any such agreement, instrument, certificate or related document.

RESOLVED, that the Chief Executive Officer (the "Authorized Officer") is hereby authorized, empowered and directed, on behalf of the Corporation, to take all necessary actions and make all necessary preparations for the Corporation to commence a case under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), and to commence the Chapter 11 Case, in the venue that the Authorized Officer deems appropriate and at such time that the Authorized Officer deems appropriate, in the exercise of his discretion and professional expertise;

RESOLVED, that the Authorized Officer of the Corporation shall be and hereby is authorized and directed to do and perform all such acts and things to be prepared to execute and file all petitions, plans, pleadings, schedules, lists, statements, applications, documents, certificates and other papers, and to take such other steps as may be deemed necessary or desirable in order to

conduct a case under Chapter 11 of the Bankruptcy Code and to effectuate a reorganization of the Corporation under Chapter 11 as is deemed appropriate;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, the law firm of Gellert Scali Busenkell and Brown, LLC as general reorganization counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of Gellert Scali Busenkell & Brown, LLC;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, such other professionals and persons as the Authorized Officer determines are necessary in order to conduct the Chapter 11 Case and to operate the business while subject to the jurisdiction of the Bankruptcy Court;

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer and such other officers of the Corporation as any Authorized Officer shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Officer, be authorized and empowered to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, declarations, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions as in the judgment of such officer shall be or become necessary, proper and desirable to conduct the Chapter 11 Case and to effectuate a reorganization or liquidation of the Corporation as is deemed appropriate; and

RESOLVED, that any and all actions heretofore or hereafter taken by the officers or directors of the Corporation in the name of and on behalf of the Corporation in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

I, the undersigned, Chief Executive Officer of TNBI, Inc., do hereby certify that the foregoing is a true, complete and accurate copy of the resolutions duly adopted by the Board of Directors of said Corporation by unanimous consent; and I do further certify that these resolutions have not been altered, amended, repealed or rescinded and are now in full force and effect.

The undersigned further certifies that the Board of Directors had at the time of the adoption of said resolutions full power and authority to adopt said resolutions, and that the Board of Directors now has said power and authority.

IN WITNESS WHEREOF, I have hereunto subscribed my name in my professional capacity with TNBI, Inc. this 18th day of March, 2022.

By: _____

Name:  James Garrity

Title:   <u>Chief Executive Officer</u>

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>TNBI Inc.</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/14/2022    X _____
Signature of individual signing on behalf of debtor

**James Garrity**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re    __TNBI Inc.__ _____    Case No. _____

                       Debtor(s)    Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 50,000.00 |
| Prior to the filing of this statement I have received | $ | 50,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/14/2022 _____

_Date_

                 *Ronald S. Gellert*

                 **Ronald S. Gellert**
                 *Signature of Attorney*
                 **Gellert Scali Busenkell & Brown, LLC**
                 **1201 N. Orange Street**
                 **Suite 300**
                 **Wilmington, DE 19801**
                 **(302) 425-5806**
                 **rgellert@gsbblaw.com**
                 *Name of law firm*

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **TNBI Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Advantage Laundry Systems, LLC 2510 National Drive Garland, TX 75041** | | | | | | **$5,846.64** |
| **American Coin Op American Trade Magazines 650 W Lake Street Suite 320 Chicago, IL 60661** | | | | | | **$3,380.00** |
| **Artee Calalo 11 Edison Road Cherry Hill, NJ 08034** | | | | | | **$1,000.00** |
| **Continental Girbau, Inc. 2500 State Road 44 Oshkosh, WI 54904** | | | | | | **$28,838.28** |
| **Daniel Gerrity RMD Group 559 Gregory Lane Devon, PA 19333-1021** | | | **Unliquidated Disputed** | | | **$250,000.00** |
| **Eisenhower Associates LLC c/o Nellis Corporation 75 Remittance Drive, Dept 6870 Chicago, IL 60675-6870** | | | | | | **$10,496.59** |
| **Hub Spot, Inc PO Box 419842 Boston, MA 02241-9842** | | | | | | **$21,878.40** |

| Debtor | **TNBI Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Independence Blue Cross Lockbox 3092 P O Box 8500 Philadelphia, PA 19178-3092 | | | | | | **$3,003.32** |
| J Tim Dodd LLC 24 Wayne Drive Dover, DE 19901 | | | | | | **$4,563.00** |
| Nelson S Ringgold 17 Buckingham Drive Mount Holly, NJ 08060 | | | | | | **$8,220.00** |
| PJ's House Cleaning LLC 146 Highland Drive Coatesville, PA 19320 | | | | | | **$2,067.00** |
| R&L Carriers P.O. Box 10020 Port William, OH 45164-2000 | | | | | | **$645.91** |
| Sager Electronics P O Box 842544 Boston, MA 02284-2544 | | | | | | **$2,125.67** |
| Scott Hosier 4310 Mulberry Ridge Lane Hoschton, GA 30548 | | | | | | **$2,115.00** |
| Small Business Association EIDL | | | | | | **$127,100.00** |
| Standard Change-Makers, Inc. 3130 NORTH MITTHOEFFER ROAD Indianapolis, IN 46235 | | | | | | **$22,531.30** |
| Stradley Ronon Stevens & Young LLP 2005 Market Street Suite 2600 Philadelphia, PA 19103-7018 | | Legal Services | | | | **$217,598.97** |
| SwitchLane, Inc. 5 Christy Drive, Suite 303 Chadds Ford, PA 19317 | | | | | | **$236,425.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **TNBI Inc.**
          Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **True Holdings, Inc.** **9942 Osprey Pointe Drive** **Hobe Sound, FL 33455** | | | | | | **$35,847.50** |
| **Weico Wire & Cable , Inc.** **161 Rodeo Drive Brentwood, NY 11717** | | | | | | **$1,387.43** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**TNBI Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................... $        0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $     717,963.19

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................... $     717,963.19

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    1,801,032.22

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $        0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     986,718.96

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b

   $    2,787,751.18

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **TNBI Inc.**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **WSFS Bank** | **Checking** | **4940** | **$3,997.52** |
| 3.2. | **WSFS Bank** | **Checking/Escrow** | **0736** | **$1,890.67** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $5,888.19 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **TNBI Inc.**                                             Case number *(If known)* _____
_____
Name

| 11a. 90 days old or less: | 132,075.00 | - | 20,000.00 | = .... | $112,075.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 80,000.00 | - | 0.00 | = .... | $80,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $192,075.00 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials MIBs, HUBs, Gateways, Kiosks** | 04/01/2022 | $65,000.00 | Recent cost | $65,000.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies MIBs on order** | 04/05/2022 | $400,000.00 | Recent cost | $400,000.00 |

| 23. | **Total of Part 5.** | | $465,000.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**
**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **TNBI Inc.** | Case number *(If known)* | |
| | Name | | |

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="2" style="background:black;color:white">Part 7:</td><td colspan="3"><b>Office furniture, fixtures, and equipment; and collectibles</b></td></tr>
</table>

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Various Desks, Workshop Equipment, etc** | **$25,000.00** | | **$25,000.00** |
| 40. | **Office fixtures**<br>**Washing Machines, Kiosks, etc** | **$10,000.00** | | **$10,000.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Laptops, Desktops, Wireless Equipment** | **$20,000.00** | | **$20,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$55,000.00** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td colspan="2" style="background:black;color:white">Part 8:</td><td colspan="3"><b>Machinery, equipment, and vehicles</b></td></tr>
</table>

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="2" style="background:black;color:white">Part 9:</td><td colspan="3"><b>Real property</b></td></tr>
</table>

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="2" style="background:black;color:white">Part 10:</td><td colspan="3"><b>Intangibles and intellectual property</b></td></tr>
</table>

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **TNBI Inc.**                                          Case number *(if known)*
_____
Name

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** <br> **Copyright** | **Unknown** | | **Unknown** |
| 61. **Internet domain names and websites** <br> **Internet domain/websites** | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** <br> **Other intangibles/IP** | **Unknown** | | **Unknown** |
| 65. **Goodwill** <br> **Goodwill** | **Unknown** | | **Unknown** |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | |
    |---|
    | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    **TNBI Inc.**
_____    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,888.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $192,075.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $465,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $55,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $717,963.19 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $717,963.19 |

**Fill in this information to identify the case:**

Debtor name **TNBI Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Aisling Investments LP**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All of the Debtor's rights, title, interest, and privilege in and to all existing and future contracts, accounts receivable, general intangibles and intellectual property, including without limitation existing or pending patents, trademarks** | $300,000.00 | $300,000.00 |
| **200 Eagle Road, Suite 204 Wayne, PA 19087**<br>Creditor's mailing address | Describe the lien<br>**UCC filing**<br>Is the creditor an insider or related party? | | |
| | ☐ No | | |
| Creditor's email address, if known | ☑ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred**<br>**9/24/2021**<br>**Last 4 digits of account number** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2 Aisling Investments LP**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All of the Debtor's rights, title, interest, and privilege in and to all existing and future contracts, accounts receivable, general intangibles and intellectual property, including without limitation existing or pending patents, trademarks** | $400,000.00 | $400,000.00 |
| **200 Eagle Road, Suite 204 Wayne, PA 19087**<br>Creditor's mailing address | Describe the lien<br>**UCC filing**<br>Is the creditor an insider or related party? | | |
| | ☐ No | | |
| Creditor's email address, if known | ☑ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☑ No | | |

| Debtor | **TNBI Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**2/25/2022**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Elyse Pasquale and Charles Pasquale, Jr.** | **Describe debtor's property that is subject to a lien** | $1,101,032.22 | $1,101,032.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**All of the Debtor's rights, title, interest, and privilege in and to all existing and future contracts, accounts receivable, general intangibles and intellectual property, including without limitation existing or pending patents, trademarks**

**2131 CHARLESTOWN ROAD**
**Malvern, PA 19355**
Creditor's mailing address

**Describe the lien**
**UCC filing**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/07/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,801,032.22 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **TNBI Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,846.64 |
|---|---|---|---|
| | **Advantage Laundry Systems, LLC**<br>**2510 National Drive**<br>**Garland, TX 75041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,380.00 |
|---|---|---|---|
| | **American Coin Op**<br>**American Trade Magazines**<br>**650 W Lake Street**<br>**Suite 320**<br>**Chicago, IL 60661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|
| | **Artee Calalo**<br>**11 Edison Road**<br>**Cherry Hill, NJ 08034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,838.28 |
|---|---|---|---|
| | **Continental Girbau, Inc.**<br>**2500 State Road 44**<br>**Oshkosh, WI 54904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TNBI Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**Daniel Gerrity**
**RMD Group**
**559 Gregory Lane**
**Devon, PA 19333-1021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44.23** |
|---|---|---|---|

**DHL Express**
**16592 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$613.65** |
|---|---|---|---|

**Digi-Key Electronics**
**Accounts Receivable**
**P O Box 250**
**Thief River Falls, MN 56701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,496.59** |
|---|---|---|---|

**Eisenhower Associates LLC**
**c/o Nellis Corporation**
**75 Remittance Drive, Dept 6870**
**Chicago, IL 60675-6870**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,878.40** |
|---|---|---|---|

**Hub Spot, Inc**
**PO Box 419842**
**Boston, MA 02241-9842**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,003.32** |
|---|---|---|---|

**Independence Blue Cross**
**Lockbox 3092**
**P O Box 8500**
**Philadelphia, PA 19178-3092**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,563.00** |
|---|---|---|---|

**J Tim Dodd LLC**
**24 Wayne Drive**
**Dover, DE 19901**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TNBI Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$612.42** |
|---|---|---|---|

**Mouser Electronics**
**1000 N. Main St.**
**Mansfield, TX 76063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,220.00** |
|---|---|---|---|

**Nelson S Ringgold**
**17 Buckingham Drive**
**Mount Holly, NJ 08060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,067.00** |
|---|---|---|---|

**PJ's House Cleaning LLC**
**146 Highland Drive**
**Coatesville, PA 19320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$645.91** |
|---|---|---|---|

**R&L Carriers**
**P.O. Box 10020**
**Port William, OH 45164-2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,125.67** |
|---|---|---|---|

**Sager Electronics**
**P O Box 842544**
**Boston, MA 02284-2544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,115.00** |
|---|---|---|---|

**Scott Hosier**
**4310 Mulberry Ridge Lane**
**Hoschton, GA 30548**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127,100.00** |
|---|---|---|---|

**Small Business Association EIDL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TNBI Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address

**Standard Change-Makers, Inc.**
**3130 NORTH MITTHOEFFER ROAD**
**Indianapolis, IN 46235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$22,531.30**

---

**3.20** | Nonpriority creditor's name and mailing address

**Stradley Ronon Stevens & Young LLP**
**2005 Market Street Suite 2600**
**Philadelphia, PA 19103-7018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Legal Services</u>

Is the claim subject to offset? ■ No ☐ Yes

**$217,598.97**

---

**3.21** | Nonpriority creditor's name and mailing address

**SwitchLane, Inc.**
**5 Christy Drive, Suite 303**
**Chadds Ford, PA 19317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$236,425.00**

---

**3.22** | Nonpriority creditor's name and mailing address

**True Holdings, Inc.**
**9942 Osprey Pointe Drive**
**Hobe Sound, FL 33455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$35,847.50**

---

**3.23** | Nonpriority creditor's name and mailing address

**Uline**
**PO Box 88741**
**Attn: Accounts Receivable**
**Chicago, IL 60680-1741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$236.94**

---

**3.24** | Nonpriority creditor's name and mailing address

**W.B. Mason Co. Inc.**
**PO Box 981101**
**Boston, MA 02298-1101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$141.71**

---

**3.25** | Nonpriority creditor's name and mailing address

**Weico Wire & Cable , Inc.**
**161 Rodeo Drive**
**Brentwood, NY 11717**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,387.43**

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **TNBI Inc.**                                                    Case number (if known)  _____
_____
          Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **986,718.96** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **986,718.96** |

**Fill in this information to identify the case:**

Debtor name  **TNBI Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest            **Office lease** | |
|  State the term remaining     **9 months** | **Eisenhower Associates LLC** <br> **Serviced by: NAI Geis Realty Group** <br> **Attention: Lorri Dial** <br> **996 Old Eagle School Road, Suite 1117** <br> **Wayne, PA 19087** |
|  List the contract number of any government contract | |

| Fill in this information to identify the case: |
| --- |

Debtor name __**TNBI Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: **Codebtor***

*Column 2: **Creditor***

|  | Name | Mailing Address | | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- | --- |
| 2.1 | _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
|  | | Street _____ | | | |
|  | | City          State          Zip Code | | | |
| 2.2 | _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
|  | | Street _____ | | | |
|  | | City          State          Zip Code | | | |
| 2.3 | _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
|  | | Street _____ | | | |
|  | | City          State          Zip Code | | | |
| 2.4 | _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
|  | | Street _____ | | | |
|  | | City          State          Zip Code | | | |

---

**Fill in this information to identify the case:**

Debtor name **TNBI Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$358,911.00** |
   | **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,077,369.00** |
   | **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$522,969.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

---

Debtor __TNBI Inc._____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Eisenhower Associates LLC** | **2/22/2022** | **$8,076.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Rent__ |
| 3.2. **Eisenhower Associates LLC** | **3/2/2022** | **$8,076.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Rent__ |
| 3.3. **Eisenhower Associates LLC** | **3/25/2022** | **$7,182.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Rent__ |
| 3.4. **Eisenhower Associates LLC** | **4/6/2022** | **$8,076.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Rent__ |
| 3.5. **Independence Blue Cross**<br>**Lockbox 3092**<br>**P O Box 8500**<br>**Philadelphia, PA 19178-3092** | **2/9/2022** | **$2,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.6. **Independence Blue Cross**<br>**Lockbox 3092**<br>**P O Box 8500**<br>**Philadelphia, PA 19178-3092** | **2/4/2022** | **$4,088.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.7. **True Holdings, Inc.**<br>**9942 Osprey Pointe Drive**<br>**Hobe Sound, FL 33455** | **1/7/2022** | **$3,212.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.8. **True Holdings, Inc.**<br>**9942 Osprey Pointe Drive**<br>**Hobe Sound, FL 33455** | **1/7/2022** | **$1,720.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    __TNBI Inc._____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **True Holdings, Inc.**<br>**9942 Osprey Pointe Drive**<br>**Hobe Sound, FL 33455** | 3/2/2022 | $4,932.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10. **Standard Change-Makers, Inc.**<br>**3130 NORTH MITTHOEFFER ROAD**<br>**Indianapolis, IN 46235** | 1/7/2022 | $453.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. **Standard Change-Makers, Inc.**<br>**3130 NORTH MITTHOEFFER ROAD**<br>**Indianapolis, IN 46235** | 2/14/2022 | $3,612.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. **Standard Change-Makers, Inc.**<br>**3130 NORTH MITTHOEFFER ROAD**<br>**Indianapolis, IN 46235** | 2/14/2022 | $388.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. **Standard Change-Makers, Inc.**<br>**3130 NORTH MITTHOEFFER ROAD**<br>**Indianapolis, IN 46235** | 2/17/2022 | $3,755.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. **Standard Change-Makers, Inc.**<br>**3130 NORTH MITTHOEFFER ROAD**<br>**Indianapolis, IN 46235** | 3/11/2022 | $622.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. **Standard Change-Makers, Inc.**<br>**3130 NORTH MITTHOEFFER ROAD**<br>**Indianapolis, IN 46235** | 3/22/2022 | $4,063.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16. **Standard Change-Makers, Inc.**<br>**3130 NORTH MITTHOEFFER ROAD**<br>**Indianapolis, IN 46235** | 03/23/2022 | $4,719.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor    **TNBI Inc.**_____     Case number *(if known)*_____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17<br>· | **Standard Change-Makers, Inc.**<br>**3130 NORTH MITTHOEFFER ROAD**<br>**Indianapolis, IN 46235** | 4/4/2022 | $3,985.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | **Thomas Merkh**<br>**32 E Cuthbert Blvd.**<br>**Westmont, NJ 08108**<br>**Chief Technology Officer** | | $156,000.00 | **Salary for employment** |
| 4.2. | **James Garrity**<br>**2631 Pennington Drive**<br>**Wilmington, DE 19810**<br>**Chief Executive Officer** | | $187,500.00 | **Salary for employment** |
| 4.3. | **Bob Kniskern**<br>**6917 Innovation Blvd.**<br>**Fort Wayne, IN 46818** | | $7,500.00 | **past due amount** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **TNBI Inc.**                                          Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Stradley Ronon Stevens & Young, LLP v. TNBI, LLC 210701057** | **Breach of contract** | **Court of Common Pleas Philadelphia County 1400 John F Kennedy Blvd, Philadelphia, PA 19107** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Daniel Gerrity v. TNBI, Inc., and Charles J. Pasquale 2021-00802-CT** | **Breach of contract** | **Court of Common Pleas Chester County 201 W. Market Street, Suite 1425 West Chester, PA 19380** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor    **TNBI Inc.**                                                         Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Scali Busenkell & Brown, LLC**<br>**1201 N. Orange St.**<br>**Suite 300**<br>**Wilmington, DE 19801** | | **3/24/2022** | **$50,000.00** |
| | **Email or website address**<br>**rgellert@gsbblaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Howard Brownstein**<br>**The Brownstein Corporation**<br>**441 East Hector St.**<br>**Suite 205**<br>**Conshohocken, PA 19428** | | **10/6/2021** | **$10,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **TNBI Inc.**                                        Case number *(if known)*

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

<table>
<tr><td>**Part 9:**</td><td>**Personally Identifiable Information**</td></tr>
</table>

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

   **Name, address, Phone, Email, Credit Card Token (Card stored with third party credit card merchant)**

   Does the debtor have a privacy policy about that information?

   ☐ No

   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

<table>
<tr><td>**Part 10:**</td><td>**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**</td></tr>
</table>

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

<table>
<tr><td>**Part 11:**</td><td>**Property the Debtor Holds or Controls That the Debtor Does Not Own**</td></tr>
</table>

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **TNBI Inc.** | Case number *(if known)* | |
|---|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Debtor    **TNBI Inc.**                                                    Case number *(if known)* _____

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Dorothy Connors** | **Bookkeeper 2019-2021** |
| 26a.2. | **Victoria Phillipps** | **Bookkeeper May 2021- present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Adaptive Micro-Ware, Inc.** | **Bob Kniskem**<br>**6917 Innovation Blvd.**<br>**Fort Wayne, IN 46818** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Aisling Investments LP** | **Kevin Murphy**<br>**200 Eagle Road, Suite 204**<br>**Wayne, PA 19087** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John and Laura Backe** | | **Shareholders** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BCC Payments LLC** | **Charles J. Pasquale, Jr.**<br>**2550 Eisenhower Ave, Ste C-209**<br>**Trooper, PA 19403** | **Shareholder** | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | TNBI Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles Pasquale Jr. | 2131 Charlestown Road<br>Malvern, PA 19355 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Don Legato Associates, LLC | Dominic Legato<br>524 Creek Road<br>Moorestown, NJ 08057 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| H. Donald Pasquale | | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Bartosh | 824 Caldwell Rd.<br>Wayne, PA 19087 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomas Merkh | 32 E Cuthbert Blvd.<br>Westmont, NJ 08108 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Provco Ventures I, LP | 796 E. Lancaster Avenue<br>Suite 200<br>Villanova, PA 19085 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| RMD Group Inc. | 559 Gregory Lane<br>Devon, PA 19333-1021 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott W. Kapler | 9942 Osprey Pointe Drive<br>Hobe Sound, FL 33455 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steve Romer | | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| The Charles J. Pasquale Jr. Family Trust | 2131 Charlestown Road<br>Malvern, PA 19355 | Shareholder | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐　No
■　Yes. Identify below.

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor   **TNBI Inc.**                                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Robert Kniskern | | Board Member | Resigned end of 2021 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Thomas Merkh**<br>**32 E Cuthbert Blvd.**<br>**Westmont, NJ 08108** | **$156,000.00** | | **Compensation for work performed** |
| | **Relationship to debtor**<br>**Chief Technology Officer** | | | |
| 30.2. | **James Garrity**<br>**2631 Pennington Drive**<br>**Wilmington, DE 19810** | **$187,500.00** | | **Salary for work performed** |
| | **Relationship to debtor**<br>**Chief Executive Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | TNBI Inc. | Case number *(if known)* | |
|---|---|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 04/14/2022 _____

_____                 **James Garrity**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Executive Officer** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

# United States Bankruptcy Court
## District of Delaware

In re   **TNBI Inc.**

_____
Debtor(s)

Case No. _____
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adaptive Micro-Ware, Inc.**<br>**Attn: Bob Kniskern**<br>**6917 Innovation Blvd.**<br>**Fort Wayne, IN 46818** | | **5.20** | |
| **BCC Payments LLC**<br>**2550 Eisenhower Ave, Ste C-209**<br>**Trooper, PA 19403** | | **44.09** | |
| **Don Legato Associates, LLC**<br>**524 Creek Road**<br>**Moorestown, NJ 08057** | | **2.60** | |
| **ESOP** | | **1.68** | |
| **H Donald & Patricia Pasquale** | | **7.16** | |
| **John E. & Laura C. Backe** | | **1.32** | |
| **Pasquale Family AT** | | **2.65** | |
| **Scott Kapler**<br>**9942 Osprey Pointe Drive**<br>**Hobe Sound, FL 33455** | | **1.47** | |
| **Series A Offering** | | **32.54** | |
| **Steven Romer** | | **1.30** | |

In re:  **TNBI Inc.** _____    Case No. _____

                                  Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

       I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    04/14/2022 _____    Signature _____

                                                       **James Garrity**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of Delaware**

In re   **TNBI Inc.**                                 Case No.
                                     Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is
true and correct to the best of my knowledge.

Date:    04/14/2022

                                        **James Garrity/Chief Executive Officer**
                                        Signer/Title

TNBI INC.
2550 EISENHOWER AVE
SUITE C-209
TROOPER, PA 19403

DIGI-KEY ELECTRONICS
ACCOUNTS RECEIVABLE
P O BOX 250
THIEF RIVER FALLS, MN 56701

PJ'S HOUSE CLEANING LLC
146 HIGHLAND DRIVE
COATESVILLE, PA 19320

RONALD S. GELLERT
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. ORANGE STREET
SUITE 300
WILMINGTON, DE 19801

EISENHOWER ASSOCIATES LLC
C/O CONNELLIS CORPORATION
75 REMITTANCE DRIVE, DEPT 6870
CHICAGO, IL 60675-6870

R&L CARRIERS
P.O. BOX 10020
PORT WILLIAM, OH 45164-2000

ADVANTAGE LAUNDRY SYSTEMS, LLC
2510 NATIONAL DRIVE
GARLAND, TX 75041

EISENHOWER ASSOCIATES LLC
SERVICED BY: NAI GEIS REALTY GROUP
ATTENTION: LORRI DIAL
996 OLD EAGLE SCHOOL ROAD, SUITE 1117
WAYNE, PA 19087

SAGER ELECTRONICS
P O BOX 842544
BOSTON, MA 02284-2544

AISLING INVESTMENTS LP
200 EAGLE ROAD, SUITE 204
WAYNE, PA 19087

ELYSE PASQUALE AND CHARLES PASQUALE, JR
2131 CHARLESTOWN ROAD
MALVERN, PA 19355

SCALE, HOSIER
4310 MULBERRY RIDGE LANE
HOSCHTON, GA 30548

AMERICAN COIN OP
AMERICAN TRADE MAGAZINES
650 W LAKE STREET
SUITE 320
CHICAGO, IL 60661

HUB SPOT, INC
PO BOX 419842
BOSTON, MA 02241-9842

SMALL BUSINESS ASSOCIATION E

ANDREA M. SMITH, ESQ.
STRADLEY RONON STEVENS & YOUNG, LLP
2005 MARKET STREET, SUITE 2600
PHILADELPHIA, PA 19103-7018

INDEPENDENCE BLUE CROSS
LOCKBOX 3092
P O BOX 8500
PHILADELPHIA, PA 19178-3092

STANDARD CHANGE-MAKERS, IN
3130 NORTH MITTHOEFFER ROAD
INDIANAPOLIS, IN 46235

ARTEE CALALO
11 EDISON ROAD
CHERRY HILL, NJ 08034

J TIM DODD LLC
24 WAYNE DRIVE
DOVER, DE 19901

STRADLEY RONON STEVENS & YL
2005 MARKET STREET SUITE 260
PHILADELPHIA, PA 19103-7018

CONTINENTAL GIRBAU, INC.
2500 STATE ROAD 44
OSHKOSH, WI 54904

MOUSER ELECTRONICS
1000 N. MAIN ST.
MANSFIELD, TX 76063

SWITCHLANE, INC.
5 CHRISTY DRIVE, SUITE 303
CHADDS FORD, PA 19317

DANIEL GERRITY
RMD GROUP
559 GREGORY LANE
DEVON, PA 19333-1021

NAI GEIS REALTY GROUP
ATTENTION: LORRI DIAL
996 OLD EAGLE SCHOOL ROAD
SUITE 1117
WAYNE, PA 19087

TRUE HOLDINGS, INC.
9942 OSPREY POINTE DRIVE
HOBE SOUND, FL 33455

DHL EXPRESS
16592 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

NELSON S RINGGOLD
17 BUCKINGHAM DRIVE
MOUNT HOLLY, NJ 08060

ULINE
PO BOX 88741
ATTN: ACCOUNTS RECEIVABLE
CHICAGO, IL 60680-1741

W.B. MASON CO. INC.
PO BOX 981101
BOSTON, MA 02298-1101

WEICO WIRE & CABLE , INC.
161 RODEO DRIVE
BRENTWOOD, NY 11717

# United States Bankruptcy Court
### District of Delaware

In re   **TNBI Inc.**
_____
                                    Debtor(s)

Case No. _____

Chapter   **11**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **TNBI Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BCC Payments LLC**
**2550 Eisenhower Ave, Ste C-209**
**Trooper, PA 19403**

**Series A Offering**

☐ None [_Check if applicable_]

04/14/2022
_____
Date

_Ronald S. Gellert_
_____
**Ronald S. Gellert**
Signature of Attorney or Litigant
Counsel for   **TNBI Inc.**
**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**(302) 425-5806**
**rgellert@gsbblaw.com**